IN RE RESIGNATION OF LAING.

[Cite as *In re Resignation of Laing* (1993), 66 Ohio St.3d 1214.]

(No. 93–138—Submitted March 9, 1993—Decided March 10, 1993.)

The resignation of Robert Scott Laing as an attorney, Registration No. 0032529, is accepted.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.